UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS, | No. 2:16-cv-0830 DB P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER et al., | |
| Defendants. | |

On January 29, 2018, plaintiff filed a motion for an extension of time to respond to defendants' interrogatory questions and answers. (ECF No. 32). In its order issued February 7, 2018 (ECF No. 33), the court read the motion as requesting changes in the scheduling order discovery cut-off dates. As a result, the discovery and pre-trial motion dates in this matter were each moved forward eight weeks. (See id. at 2).

On February 12, 2018, defendants filed a request for clarification of the court's order. (ECF No. 35). In it, defendants inquire whether in light of the order, plaintiff's responses to their discovery requests are still due on March 16, 2018. (See id.). Therein, defendants also aver that they are neither opposed to a grant of an extension of time to plaintiff to respond to discovery, nor are they opposed to the recent modification of the discovery and dispositive motion deadlines. (See id. at 2.).

////

To clarify: plaintiff's motion for an extension of time to respond to defendants' discovery requests (see ECF No. 32) is granted. Per that request, plaintiff's deadline for responding to said discovery shall be extended to March 16, 2018. In addition, the extended cut-off dates ordered for discovery and pre-trial motion matters as re-scheduled in the court's February 7, 2018 order (ECF No. 33) are to remain on calendar. This will permit both parties a longer period during which to file motions to compel if need be. However, in light of the court's grant of a significant amount of additional time to conduct discovery and prepare for trial, the parties are advised to make the best use of it. Future requests for extensions of time during this period are not encouraged absent exigent circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's February 7, 2018 order (ECF No 33) is amended to include a grant to plaintiff of an extension of time until March 16, 2018 for plaintiff to respond to defendants' discovery requests, and

2. All amended discovery dates and deadlines in the court's February 7, 2018 order (ECF No. 33) are to remain on calendar.

All other directives in the court's original November 27, 2017 discovery and scheduling order (ECF No. 26) are to remain in full force and effect.

Dated: February 14, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS/PRISONER.CIVIL RIGHTS/harr0830.36.dso.eot.clar