IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRADY HARRIS,** | Case No. 2:16-cv-0830 DB P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **J. MACOMBER, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for modification of the discovery and scheduling order to allow a sixty-day extension of the discovery cut-off and a sixty-day extension of the dispositive motion deadline from the date the District Judge rules on the Request for Ruling by District Judge on Order (ECF No. 37) and having found good cause:

**IT IS HEREBY ORDERED**: Defendants' request for a modification of the discovery and scheduling order is granted. The close of discovery and the dispositive motion deadline will be extended until sixty days after the Court rules on Defendant's Request for Ruling by District Judge on Order (ECF No. 37).

Dated: April 30, 2018          /s/ DEBORAH BARNES
                                                       The Honorable Deborah Barnes

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/harr0830.prop.ord.stay