UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY HARRIS,

    Plaintiff,

v.

JEFF MACOMBER, et al.,

    Defendants.

No. 2:16-cv-0830 DB P

ORDER

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On February 9, 2018, defendant Leavitt filed a motion to dismiss plaintiff's first amended complaint. (ECF No. 34). More than sixty days later, plaintiff has not filed an opposition to the motion, nor has he requested an extension of time to do so or taken any other action. In light of these facts, on April 20, 2018, defendant Leavitt filed a request that the court issue an order finding that plaintiff had waived his right to oppose the motion to dismiss pursuant to Local Rule 230(l). (See ECF No. 47).

On May 1, 2018, the court granted the motion to modify the scheduling order that had been filed by the other named defendants in this action. (See ECF Nos. 46, 48). The order has stayed discovery proceedings pending the review the undersigned's July 10, 2017 screening

1

order.  (See ECF No. 48).  Thereafter, on May 4, 2018, defendant Leavitt filed a notice of non-opposition to plaintiff's request for an extension of time to respond to defendant's motion to dismiss.  (See ECF No. 49).  The notice effectively renders moot defendant Leavitt's April 2018 request that the court find that plaintiff has waived his right to oppose the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Leavitt's April 20, 2018 request that the court issue an order finding that plaintiff has waived his right to oppose defendant Leavitt's motion to dismiss (ECF No. 47) is DENIED as moot, and

2. Within thirty days of the date of service of this order, plaintiff must either file an opposition to defendant Leavitt's motion to dismiss (see ECF No. 34) or risk the court determining sua sponte that the motion to dismiss has been submitted.

DATED:  May 7, 2018                    /s/  DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/harr0830.sub.req.mtd.den