UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-0830 TLN DB P<br><br><br>ORDER |

On September 19, 2019, the court issued an order granting the motion to compel of defendants D. Calderon, E. Cervantes, M. Fong, T. Fuller, J. Munoz, K. Rose, M. Thompson and S. Williamson. (ECF No. 66). On September 23, 2019, defendants filed a request for clarification of the court's order. (ECF No. 68). The clarification request asks whether the court's grant of its motion to compel includes requiring plaintiff to produce responses to defendants' requests for production ("RFPs"). (See id.).

The court's grant of defendants' motion to compel issued September 19, 2019 (ECF No. 66) includes defendants' interrogatory requests as well as defendants' requests for production. Therefore, with respect to responding to defendants' RFPs, as with defendants' interrogatory requests, plaintiff is to respond to each RFP as specifically and directly as possible. If plaintiff is unable to produce the items requested, he must state as much and indicate with specificity why he is unable to do so. General, non-specific and/or blanket responses are discouraged.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's September 19, 2019, order (ECF No. 66) granting defendants' September 28, 2018, motion to compel includes defendants' requests for production as well as defendants' interrogatory requests;

2. Within forty-five days of September 19, 2019, plaintiff shall provide complete responses to defendants' outstanding requests for production. Absent exigent circumstances, a request for an extension of time to comply with this order will not be granted;

3. Upon receipt of this order, defense counsel Annakarina De La Torre-Fennell shall send plaintiff new copies of defendants' requests for production that are currently at issue in order to eliminate any confusion regarding which of them remain to be properly answered by plaintiff, and

4. The discovery and dispositive motion deadlines stated in the court's September 19, 2019 order (ECF No. 66) remain in effect.

Dated: September 24, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS.ORDERS.PRISONER.CIVIL RIGHTS/harr0830.mtc.misc