UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-0830 TLN DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is a motion for sanctions filed by defendants Rose, Munoz Fong, Williamson, Calderon, Thompson, Cervantes and Fuller.[1] (ECF No. 76 et seq.). Plaintiff filed an opposition to the motion (ECF No. 79), and in response, defendants have filed a notice of withdrawal of the motion (see ECF No. 80).[2] The court's docket, however, does not reflect defendants' decision.

---

[1] The motion claimed that evidentiary sanctions or outright dismissal of this action were in order because plaintiff had failed to comply with two earlier court orders directing him to provide responses to defendants' interrogatories and requests for production of documents. (See id. ECF No. 76-1 at 2-4).

[2] The notice states that defendants have finally received the responses plaintiff had been ordered to provide. (See ECF No. 80 at 2-4).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Per the notice filed by defendants Rose, Munoz Fong, Williamson, Calderon, Thompson, Cervantes and Fuller on January 24, 2020 (ECF No. 80), their motion for sanctions filed on December 10, 2019 (ECF No. 76) is WITHDRAWN, and

2. The Clerk of Court shall correct the docket per defendants' notice.

Dated: November 30, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/harr0830.sanc.wdrwn

2