UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>        Defendants. | No. 2:16-cv-0830 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff alleges defendants violated his First and Eighth Amendment rights. Presently before the court is counsel for defendants Calderon, Cervantes, Fong, Fuller, Munoz, Rose, Thompson, and Williamson request to modify the August 5, 2021 Amended Discovery and Scheduling Order. (ECF No. 115.)

In support of the motion counsel states that additional time is required to secure declarations to support defendants' renewed motion for summary judgment. Good cause appearing the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the Amended Discovery and Scheduling Order (ECF No. 115) is granted;

2. Pretrial motions shall be filed on or before February 8, 2022; and

3. In all other respects the August 5, 2021 Amended Discovery and Scheduling Order remains the same.

Dated: December 6, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/DB Prisoner Inbox/Civil Rights/R/harr0830.eot