UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS, | No. 2:16-cv-00830-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| JEFF MACOMBER, et al., | |
| Defendants. | |

On April 4, 2022, the Magistrate Judge issued an order denying Plaintiff's motion to compel. (ECF No. 128.) On May 5, 2022, Plaintiff filed a request for reconsideration of that order. (ECF No. 130.) Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 4, 2022, is affirmed.

DATE: July 6, 2022

Troy L. Nunley
United States District Judge