UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRADY HARRIS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JEFF MACOMBER, Warden, Warden; et al.,<br><br>        Defendants - Appellees. | No. 22-16785<br><br>D.C. No. 2:16-cv-00830-TLN-DB<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered December 12, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GRADY HARRIS,

        Plaintiff-Appellant,

 v.

JEFF MACOMBER, Warden; et al.,

        Defendants-Appellees.

No. 22-16785

D.C. No. 2:16-cv-00830-TLN-DB
Eastern District of California, Sacramento

ORDER

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the notices of appeal filed on November 14, 2022 are not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se