UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0830 TLN DB P<br><br>ORDER TO FACILITATE TELEPHONE CALL |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  By order dated December 12, 2023, a settlement conference was set before set before Magistrate Judge Jeremy D. Peterson on February 29, 2024.  (ECF No. 179.)  Communication between the court and inmate Grady Harris, CDCR # V-28461, is required prior to the settlement conference.  By this order, the court directs the Warden and the correctional staff at High Desert State Prison (HDSP) to facilitate a confidential telephone call between court representatives Kaila Fayne & Nicole Kuklo and inmate Grady Harris.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. The Warden, litigation coordinator, and other correctional staff as needed at HDSP, shall facilitate a confidential telephone call between Grady Harris and court representatives Kaila Fayne & Nicole Kuklo.

////

1

    2. The confidential telephone call shall be placed on Thursday, February 15, 2024, to begin at 2:30 p.m. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Ms. Fayne & Ms. Kuklo at (916) 340-6102.

    3. The telephone conversation shall be a confidential communication between court representatives and inmate Grady Harris and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Harris under visual surveillance during the conversation.

    4. Failure to comply with this order may result in an order requiring the Warden of HDSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

    5. The Clerk of the Court is ordered to serve this order by facsimile (530) 251-5031 and email on the Warden and litigation coordinator at HDSP.

Dated:  February 2, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/DB Prisoner Inbox/Civil Rights/R/harr0830.student.call