UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0830 TLN DB P<br><br><br>ORDER |

　　　　Plaintiff is a state inmate proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants used excessive force, failed to protect him, and retaliated against him in violation of his constitutional rights. Presently before the court is plaintiff's motion for witness locations. (ECF No. 173.)

　　　　By order dated April 18, 2023, the undersigned ordered plaintiff to file a statement with names of witnesses he needed assistance locating. (ECF No. 161.) The order further directed defendants to file a document explaining the incarceration status of each witness and place of incarceration for any incarcerated witnesses. (Id.) In response, plaintiff filed the instant motion seeking the location of eight incarcerated witnesses. (ECF No. 173.) Thereafter, defendants filed the required response providing plaintiff with the requested information. (ECF No. 174.) Accordingly, the undersigned will deny plaintiff's motion as moot.

////

IT IS HEREBY ORDERED that plaintiff's motion for witness locations (ECF No. 173) is denied as moot.

Dated: March 11, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/harr0830.witn.loc