UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS, | No. 2:16-cv-0830 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| J. MUNOZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Plaintiff alleges defendants used excessive force in violation of his rights under the Eighth Amendment.  In an order filed May 7, 2024, this court ordered defendants to cause plaintiff's current place of incarceration to permit plaintiff to communicate with four inmate witnesses.  (ECF No. 185.)  Defendants seek clarification or reconsideration of the order.  (ECF No. 188.)  Defendants ask the court to clarify the permissible method(s) of communication.  Specifically, defendants request that plaintiff's communication be limited to written correspondence with the inmate witnesses.  Defendants cite the complications and potential security issues involved in permitting plaintiff to engage in other types of communication.

This court finds the bases for defendants' request reasonable and further finds that written correspondence should be sufficient to permit plaintiff to communicate with the four inmate witnesses.  If plaintiff wishes to communicate with the four inmate witnesses in another way, he

1

shall file a request to do so. In any such request, plaintiff must explain why written correspondence is not adequate to obtain the information he requires.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Defendants' motion for clarification (ECF No. 188) of the court's May 7 order is granted; and
2. The May 7, 2024 order is amended to specify that, absent another court order or the approval of an authorized prison representative, plaintiff may communicate with the four inmate witnesses identified in the May 7 order only by written correspondence.

Dated: May 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/harr0830.5 7 order amend

2