IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRADY HARRIS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**J. MACOMBER, et al.,**<br><br>                                    Defendants. | Case No. 2:16-cv-00830-TLN-SCR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S PRE-TRIAL MOTIONS (ECF NOS. 207, 208, AND 210)** |

Before the Court is the motion of Defendants J. Munoz, M. Fong, and S. Williamson ("Defendants") for an extension of time to oppose Plaintiff's pre-trial motions (ECF nos. 207, 208, and 210). Defendants seek to extend their deadline to file opposition briefs until January 21, 2025.

Having considered the motion, the Court finds good cause for the requested extensions and will grant Defendants' request.

///

///

///

///

///

1

[Proposed] Order Granting Defs' Admin. Mot. for EOT (2:16-cv-00830-TLN-SCR)

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (ECF No. 211) is **GRANTED**;
2. The period of time for Defendants to file opposition briefs to Plaintiff's pre-trial motions (ECF nos. 207, 208, and 210) is extended by fourteen days, up to and including January 21, 2025.

**IT IS SO ORDERED**.

DATED: January 13, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Defs' Admin. Mot. for EOT (2:16-cv-00830-TLN-SCR)