UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFF AMCOMBER, et al.,<br><br>   Defendants. | No. 2:16-cv-0830-TLN-SCR<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. The parties have filed their pretrial statements and anticipate a jury trial of four to five days in length.

However, a review of the docket indicates that not all parties have returned the form indicating whether they consent to have the assigned Magistrate Judge conduct all further proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c). By order dated August 29, 2017, defendants were served with a copy of the form Consent to Proceed, but none of them returned it. ECF No. 19. Plaintiff has filed two separate consent forms in this case. ECF Nos. 8, 114. If all parties to a case consent, then the assigned District Judge is notified and considers whether to approve the consent. Once the District Judge accepts, then the Magistrate Judge determines whether to accept jurisdiction over all dispositive matters by consent, including whether any conflicts or bases for recusal exist.

1

The Magistrate Judge consent process can help bring about the "just, speedy, and inexpensive determination" of federal cases. Fed. R. Civ. P. 1. Just as with a judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals.

The parties are advised that they are free to withhold consent without any adverse substantive consequences to their case.

If all parties consent, the undersigned can accommodate the anticipated 4-5 day jury trial of this case in the months of April, June, July, September, and November 2025. If all parties do not consent, the jury trial will be set before Chief District Judge Nunley based on his availability.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send the form Consent to Proceed before a United States Magistrate Judge to the parties in this action.

2. Any party who has not yet submitted the consent form is directed to return one to the court within 14 days from the date of this order.

DATED: February 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2