UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS, | No. 2:16-cv-0830-TLN-SCR-P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without an attorney in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court is plaintiff's renewed motion to reconsider the previously assigned magistrate judge's order of May 7, 2024 denying plaintiff's request to communicate with inmate witnesses Felix and Nelson.  ECF No. 207.  Plaintiff filed his first motion for reconsideration on June 14, 2024.  The previously assigned magistrate judge denied that motion on June 24, 2024, on the basis that it was untimely.  ECF No. 191.

Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."  Id.  Plaintiff's renewed motion to reconsider is just a photocopy of his original motion, but without the exhibit.  Resubmitting the same untimely motion to the court months later does not render it timely.  Moreover, by separate pretrial order, the court denied plaintiff's request to call Felix as a witness at trial because Felix did not witness the events in

1

question and could not offer other relevant testimony. ECF No. 221 at 10. Therefore, any communication with Felix would not assist plaintiff prepare to present trial.

Accordingly, IT IS HEREBY ORDERED that plaintiff's renewed motion for reconsideration (ECF No. 207) is denied.

DATED: March 27, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2