1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRADY HARRIS,** | Case No. 2:16-cv-00830-TLN-SCR |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SANCTIONS |
| v. | |
| **J. MACOMBER, et al.,** | |
| Defendants. | |

Having read and considered the *Ex Parte* Application for Extension of Deadline to File Reply in Support of Motion for Sanctions filed by Defendants Munoz, Fong, and Williamson and the declaration of Deputy Attorney General Chase Goldstein in support, and for good cause showing, the application is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Defendants' *Ex Parte* Application for Extension of Time to File Reply in Support of Motion for Sanctions (ECF No. 242) is **GRANTED**; and

//

//

//

1

2. Defendants may file and serve their Reply in Support of Motion for Sanctions on or before December 8, 2025.

Dated: November 25, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE