IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRADY HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**J. MACOMBER, et al.,**<br><br>Defendants. | Case No. 2:16-cv-00830-TLN-SCR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MUNOZ, FONG, AND WILLIAMSON'S MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 233 FOR LEAVE TO FILE SUR REPLY** |

The Court, having read and considered Defendant Munoz, Fong, and Williamson's Motion for Administrative Relief Under Local Rule 233 for Leave to File a Sur Reply, and finding good cause therein, hereby grants the foregoing motion.

**IT IS HEREBY ORDERED** that Defendants Munoz, Fong, and Williamson will file their Sur Reply to Plaintiff's Sur Reply to Defendants' Motion for Sanctions as a standalone document on the docket no later than April 27, 2026.  No further briefs shall be filed by either party in this matter on the pending motion for sanctions.

Dated: March 19, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1