UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRADY HARRIS,

Plaintiff,

v.

J. MUNOZ, et al.,

Defendants.

No. 2:16-cv-00830-TLN-SCR

**ORDER**

Plaintiff Grady Harris ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 250.) Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 250) are ADOPTED IN FULL;
2. Defendants' motion for terminating sanctions (ECF No. 235) is GRANTED and this

action is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to enter judgment for Defendants and close this case.

IT IS SO ORDERED.

DATE: September 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE